NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT,

              Plaintiffs,

    -against-

CONTAINERS INTERNATIONAL PTY LTD.,

              Defendant.
-----------------------------------------------------------X

07 CV 4143

Judge Pauley

07 Civ.

**FED. R. CIV. P. § 7.1 STATEMENT**

MAY 29 2007

    Pursuant to Fed. R. Civ. P. § 7.1(a), the undersigned attorney of record for Plaintiffs, C.V. Scheepvaartonderneming Parelgracht, And B.V. Beheer Maatschappij Parelgracht, certifies that Plaintiffs have no U.S. corporate parents or publicly held corporations owning 10% or more of their respective stock.

Dated: New York, New York
       May 29, 2007

                          NOURSE & BOWLES, LLP
                          Attorneys for Plaintiffs
                          C.V. SCHEEPVAARTONDERNEMING
                          PARELGRACHT, AND B.V. BEHEER
                          MAATSCHAPPIJ PARELGRACHT

                          By: _____
                             Michael E. Crowley (MC 7713)
                          One Exchange Plaza
                          At 55 Broadway
                          New York, NY 10006-3030
                          212-952-6200