NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

07 CV 4143

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C.V. SCHEEPVAARTONDERNEMING           :
PARELGRACHT, AND B.V. BEHEER          :
MAATSCHAPPIJ PARELGRACHT,             :
                                      :
                                      :    07 Civ.
            Plaintiffs,               :
                                      :    **AFFIDAVIT IN SUPPORT**
      -against-                       :    **OF APPLICATION FOR**
                                      :    **MARITIME ATTACHMENT**
CONTAINERS INTERNATIONAL PTY LTD.,    :
                                      :
            Defendant.                :
------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    MICHAEL E. CROWLEY., being duly sworn, deposes and says:

    1.    I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiffs, C.V. SCHEEPVAARTONDERNEMING PARELGRACHT, AND B.V. BEHEER MAATSCHAPPIJ PARELGRACHT, and make this affidavit in support of Plaintiffs' application for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

    2.    Based upon my inquiries and to the best of my information and belief, Defendant, Containers International Pty Ltd., is a foreign corporation and cannot be "found" within this

District for the purpose of attachment under Rule B. In support of this position, I and my staff have conducted the following investigation:

    (a)    I and my staff contacted the office of the New York Department of State, Division of Corporations on May 24, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for a corporation named "Containers International Pty Ltd" and the search result indicated that Containers International Pty Ltd is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or international corporation;

    (b)    I and my staff contacted the office of the New Jersey Department of State, New Jersey Business Gateway Service on May 24, 2007, via the official Department of State website at http://www.state.nj.us/state/ and conducted a search for a corporation named "Containers International Pty Ltd" and the search result indicated that Containers International Pty Ltd is not a New Jersey corporation, nor is it licensed, authorized or registered to do business in the State of New Jersey as either a domestic or international corporation

    (c)    I and my staff consulted with Directory Assistance for New York and New Jersey on May 24, 2007 for area codes (212), (718), (917), (646), (347), (914), (845), (201), (732), (908), and (609) and no listing for Containers International Pty Ltd. was located;

    (d)    I and my staff reviewed the Journal of Commerce (Business Directory) Transportation Tickler, 2007 Edition (Vol. 1 New York Metropolitan Area) and no listing was found for Containers International Pty Ltd.;

(e)     I and my staff accessed on May 24, 2007, through Microsoft Internet Explorer and Yahoo! Search engines the yellow pages telephone directory database and found no listing in that database for any office or agent of Containers International Pty Ltd. in the State of New York or the State of New Jersey;

(f)     I and my staff are unaware of any general or managing agent(s) within this District or in any neighboring District for Containers International Pty Ltd.

3.     Based upon the foregoing, I submit that Defendant Containers International Pty Ltd. cannot be "found" within this District or any neighboring District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against the tangible and intangible property of Containers International Pty Ltd. as may be found within this District up to and including the amount of the claim specified in the Verified Complaint.

4.     No previous application for an Order of Attachment and Garnishment or similar relief has been sought in the United States in this matter.

_____
Michael E. Crowley (MC 7713)

Sworn and subscribed
to before me this
29th day of May, 2007

_____
Notary Public

MARY T. BANNON
Notary Public, State of New York
No. 01BA4785995
Qualified in New York County
Commission Expires February 28, 2010

3