**Judge Pauley**

NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

07 CV 4143

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT,

                Plaintiffs,

- against -

CONTAINERS INTERNATIONAL PTY LTD.,

                Defendant.

------------------------------------------------------------X

07 Civ.      (     )

**EX PARTE ORDER OF**
**MARITIME ATTACHMENT**

    **WHEREAS**, on May 29, 2007, Plaintiffs, C.V. Scheepvaartonderneming Parelgracht, and B.V. Beheer Maatschappij Parelgracht, filed a Verified Complaint herein for damages amounting to $305,895.25 plus interest, costs and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

    **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court up to the amount of $305,895.25; and

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

**WHEREAS**, the Court has reviewed the Verified Complaint and the supporting affidavit, and the conditions of the Supplemental Admiralty Rule B appearing to exist, it is hereby,

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property of the Defendant Containers International Pty Ltd., held by or in the possession, custody or control of or being transferred through any garnishees within this District, including but not limited to, **AMERICAN EXPRESS BANK, ANZ BANK, BANK OF AMERICA, BNP PARIBAS, CITIBANK NA, DEUTSCHE BANK, HSBC BANK, JPMORGAN CHASE BANK, NATIONAL AUSTRALIA BANK LIMITED, SOCIETE GENERALE, STANDARD CHARTERED BANK, THE BANK OF NEW YORK, WACHOVIA BANK**, in an amount up to and including $305,598.25, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served and such subsequent service by facsimile or e-mail, if

transmitted from within the District shall be deemed to have been made within the District; and it is further

**ORDERED** that service on any garnishee described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated:  New York, New York
        May 29, 2007

                                           _____
                                                      U.S.D.J.