NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING PARELGRACHT, AND B.V. BEHEER MAATSCHAPPIJ PARELGRACHT
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

07 CV 4143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
C.V. SCHEEPVAARTONDERNEMING PARELGRACHT, AND B.V. BEHEER MAATSCHAPPIJ PARELGRACHT,

        Plaintiffs,

- against -

CONTAINERS INTERNATIONAL PTY LTD.,

        Defendant.
---------------------------------------------------------------X

07 Civ. ( )

**ORDER APPOINTING PERSONS TO SERVE PROCESS**

  Plaintiffs, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene S. Jackson, Roberto C. Alicea, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Michael E. Crowley, Esq., that such appointment will result on substantial economies on time and expense,

  NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiffs, it is

  ORDERED, that Karlene S. Jackson, Roberto C. Alicea, or any other person appointed by Nourse & Bowles, LLP who is over 18 years of age and is not a party to this action, be and

hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated:  New York, New York
         May 29, 2007

                                                 _____
                                                       U.S.D.J.