UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.V. SCHEEPVAARTONDERNEMING PARELGRACHT,
AND B.V. BEHEER MAATSCHAPPIJ PARELGRACHT

　　　　　　　　Plaintiff,

-V-

CONTAINERS INTERNATIONAL PTY LTD.
　　　　　　　　Defendants.

**CERTIFICATE OF MAILING**

07 CV 4143 (WHP)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12TH day of September, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**29th day of May, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 875 298

_J. Michael McMahon_
CLERK

Dated: New York, NY

# NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480



August 30, 2007

...ing Parelgracht,
...pij Parelgracht
...l Pty Ltd.
43(WHP)

...rneming Parelgracht, and B.V. Beheer
We enclose copies of the following for service of

...II;
Individual Practices of Magistrate Judge Andrew J. Peck;
Procedures for Electronic Case Filing;
Guidelines for Electronic Case Filing;
3rd Amended Instructions for Filing an Electronic Case or Appeal;
Consent to Proceed Before United States Magistrate; and
Order for Initial Pretrial Conference

Please effectuate service pursuant to 4(f) (2) (C) (ii) of the Federal Rules upon the following defendant:

CONTAINER INTERNATIONAL PTY LTD.
68 The Avenue
Sunnybank Hills
Queensland, 4109
Australia