USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

## NOURSE & BOWLES, LLP
One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811
Facsimile: (973) 258-1480

September 28, 2007

**BY HAND**
Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1581

Application granted. The conference is adjourned to 1/4/08 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/4/07

Re:   C.V. SCHEEPVAARTONDERNEMING PARELGRACHT
      et. al. v. CONTAINERS INTERNATIONAL PTY LTD.
      07 Civ. 4143(WHP)

Dear Judge Pauley:

We are attorneys for C.V. Scheepvaartonderneming Parelgracht and B.V. Beheer Maatschappij Parelgracht, the plaintiffs in the captioned action. This is to request a 90-day adjournment of the pre-trial conference scheduled for Friday, October 5, 2007.

In our letter dated August 21, 2007, we informed Your Honor that funds of the defendant, Containers International Pty. Ltd., in the amount of $15,404.53 in the hands of garnishee JPMorgan Bank had been attached pursuant to the Rule B Ex Parte Order of Maritime Attachment issued by this Court on May 29, 2007. We also informed Your Honor that notice of the attachment had been sent to defendant, together with a copy of the summons, complaint and order of attachment, and notice of the pre-trial conference. To date, the defendant has not appeared, moved or answered with respect to the complaint.

      We have recently been informed by our clients that the contractual dispute which forms the basis for this Rule B attachment action is currently being litigated in the Federal Court of Australia, New South Wales District, with plaintiffs due to file a reply to Containers International's defense on September 28, 2007. According to plaintiffs' Australian counsel, it is likely that the parties will attempt to resolve the dispute through mediation at the close of pleadings. In the event that mediation is successful, it is contemplated that as part of any settlement agreement the funds currently under attachment in this district will be used to partially satisfy the amount to be paid in settlement.

      Accordingly, we respectfully request that the captioned action be maintained on the Court's active calendar, and that the conference scheduled for October 5, 2007 be adjourned 90 days until January 4, 2008. This should give the parties adequate time to resolve the dispute in Australia. We will immediately notify the Court in the event the matter is resolved within the next 90 days. Of course, we are available to attend the scheduled conference on October 5, 2007, if Your Honor has any questions or wishes to discuss this matter.

      Thank you for your kind attention to this matter.

                                    Respectfully submitted,

                                    NOURSE & BOWLES, LLP

                                    Michael E. Crowley

MEC:ll