NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
C.V. SCHEEPVAARTONDERNEMING               :
PARELGRACHT, AND B.V. BEHEER              :
MAATSCHAPPIJ PARELGRACHT,                 :
                                          :
                        Plaintiffs,       :
                                          :
            -against-                     :
                                          :
CONTAINERS INTERNATIONAL PTY LTD.         :
                                          :
                        Defendant.        :
-------------------------------------------------------------------X

07-CV-4143 (WHP)

**ORDER UPON STIPULATION OF
DISMISSAL PURSUANT TO FRCP
RULE 41(a)(1)**

WHEREAS, this action was commenced on or about May 29, 2007, upon the filing of

plaintiffs' verified complaint;

WHEREAS, the parties to this action have agreed to settle claims in accordance with the

terms and conditions of a Settlement Agreement dated December 13, 2007;

WHEREAS, the parties have agreed that the Ex Parte Order of Maritime Attachment and

Garnishment issued in this action on May 29, 2007 should be vacated forthwith;

WHEREAS, the parties have agreed that garnishee JP Morgan Bank shall immediately,

upon presentation of this signed Order, release the funds attached in the amount of $15,404.53 to

the custody of defendant Containers International Pty Ltd.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

(1) The Ex Parte Order of Maritime Attachment and Garnishment issued in this action on
    May 29, 2007 is vacated;

(2) JP Morgan Bank as garnishee shall immediately, upon presentation of this signed Order, release all funds attached as property of defendant Containers International Pty Ltd. to the custody of defendant Containers International Pty Ltd., and shall immediately inform plaintiffs' attorneys, Nourse & Bowles, LLP, of the release of said funds.

(3) Upon release of the attached funds, this action together with all claims and counterclaims asserted herein shall be dismissed, without prejudice and without costs to any party; and

(4) This suit may be reopened within 60 days of the entry of this Order upon the letter application of the attorneys of any of the undersigned parties if settlement is not consummated within 7 days of the receipt by defendant of the attached funds as described in (2) above.

Dated:  New York, New York
        January 3, 2008

NOURSE & BOWLES, LLP
Attorneys for Plaintiffs
C.V. SCHEEPVAARTONDERNEMING
PARELGRACHT, AND B.V. BEHEER
MAATSCHAPPIJ PARELGRACHT

By:_____
    Michael E. Crowley (MC 7713)
    One Exchange Plaza at 55 Broadway
    New York, New York 10006
    Tel.: (212) 952-6200
    Fax: (212) 952-0345

JOSEPH HASPEL, ESQ.
Attorney for Defendant
CONTAINERS INTERNATIONAL PTY LTD.

By: _____ as per email authority
    40 Matthews Street, Suite 201    1/3/08
    Goshen, New York 10924
    (845) 294-8950

The Clerk of the Court is directed to mark this case closed.

SO ORDERED:

_____
U.S.D.J.

1/7/08